# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3080
_____

COURTLAND AHMAD FREEMAN
SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


May 8, 2024

PER CURIAM.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *rev. granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kasey Helms Lacey, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.